**ORIGINAL**

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 MAR -6  PM 3: 29

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARALEA BARKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-00060-A |
| | § | |
| BANK OF AMERICA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Caralea Barker ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties") hereby file this Joint Notice of Settlement (the "Notice") and state the following:

1.  The Parties hereby notify the Court they have reached a settlement of their dispute. The settlement resolves all claims at bar the Parties have asserted against each other in their live pleadings in this proceeding.

2.  The Parties are currently in the process of preparing a formal, written settlement agreement and request the Court grant a stay as to all deadlines, settings and related matters in this proceeding, and to retain this case as open on the Court's docket to afford the Parties sufficient time to draft and execute such agreement and the necessary and related settlement papers and notices.

3.  The Parties anticipate filing with the Court a Stipulation of Dismissal with Prejudice within 30 days.

WHEREFORE, PREMISES CONSIDERED, the Parties notify the Court they have settled all live claims in this cause and request the Court retain jurisdiction over this matter; stay

all pending deadlines, settings and other related matters; and maintain the case as open on the Court's docket until the Parties file formal dismissal papers.

Dated: March 6, 2019

Respectfully submitted,

*/s/ Matthew Durham*

**Matthew Durham**, SBN: 24040226
mdurham@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
**ATTORNEY FOR DEFENDANT**

*/s/ William Holtz*

**William Holtz**, SBN: 24092533
wholtz@holtzlegal.com
**HOLTZ LAW FIRM**
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (832) 746-4041
Facsimile: (713) 467-1399

*/s/ Joshua R. Kersey*

**Joshua R. Kersey**, SBN: 24090206
JKersey@ForThePeople.com
**MORGAN & MORGAN, TAMPA, P.A.**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-5505
Facsimile: (813) 222-2490

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that, on <u>March 6, 2019</u>, a copy of the above and foregoing was filed with the Court in traditional paper form. Notice of this filing has been forwarded to all counsel of record via e-service.

      William W. Holtz
      wholtz@holtzlegal.com
      **HOLTZ LAW FIRM**
      4054 McKinney Avenue, Suite 310
      Dallas, Texas 75204
      Telephone: (832) 746-4041
      Facsimile: (713) 467-1399

      Joshua R. Kersey
      JKersey@ForThePeople.com
      **MORGAN & MORGAN, TAMPA, P.A.**
      201 North Franklin Street, 7th Floor
      Tampa, Florida 33602
      Telephone: (813) 225-5505
      Facsimile: (813) 222-2490

      **Attorneys for Plaintiff**

*/s/ Matthew Durham*
_____
**Matthew Durham**