U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 7 2019

CLERK, U.S. DISTRICT COURT
By_____
      Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARALEA BARKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-060-A |
| | § | |
| BANK OF AMERICA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the joint notice of settlement filed March 6, 2019, and the telephone conference hearing held this date,

The court ORDERS, ADJUDGES, and DECREES that the claims and causes of action of plaintiff, Caralea Barker, against defendant, Bank of America Corporation, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the attorney's fees and court costs incurred by that party.

SIGNED March 7, 2019.

_____
JOHN McBRYDE
United States District Judge